# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

———————

No. 98-1053

———————

| | | |
|---|---|---|
| C. L. Dubin, | * | |
| | * | |
| Plaintiff - Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Kenneth S. Apfel, Commissioner, | * | [UNPUBLISHED] |
| Social Security, | * | |
| | * | |
| Defendant - Appellee. | * | |

———————

Submitted: June 12, 1998

Filed: June 19, 1998

———————

Before HANSEN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and PANNER,[1] District Judge.

———————

PER CURIAM.

    C. L. Dubin appeals from the district court's decision denying her motion for summary judgment and affirming the Commissioner's decision in which Dubin was denied disability benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-33. Dubin's appeal presents no novel issues and does not justify an extended

———

[1]The Honorable Owen M. Panner, United States District Judge for the District of Oregon, sitting by designation.

discussion. Having reviewed the parties' briefs and the record, we affirm for the reasons stated in the district court's decision. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.